# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KIMBERLY NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:12-cv-0303 |
| ) | |
| SWBC MORTGAGE CORPORATION, ) | JURY DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, by and through counsel, and hereby gives notice that this case has been resolved and Plaintiff states that all claims against Defendant, SWBC Mortgage Corporation are hereby voluntarily dismissed with prejudice to the refilling of the same in accordance with FRE 41(a)(1)(A)(i). Plaintiff shall bear her own costs as paid.

Respectfully submitted,

**GILBERT RUSSELL McWHERTER PLC**

/s Jonathan L. Bobbitt
Justin S. Gilbert (TN Bar No. 017079)
Jonathan L. Bobbitt (TN Bar No. 23515)
Jessica F. Salonus (TN Bar No. 28158)
101 North Highland Avenue
Jackson, Tennessee 38301
Telephone: (731) 664-1340
Facsimile: (731) 664-1540
jgilbert@gilbertfirm.com
jbobbitt@gilbertfirm.com
jsalonus@gilbertfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a true and exact copy of the foregoing on the 5th day of July, 2012 by mailing first class via U.S. Mail, postage prepaid to the following:

SWBC Mortgage Corporation
c/o National Registered Agents, Inc.
2300 Hillsboro Rd, Suite 305
Nashville, TN 37212-4927

                                                  /s/ Jonathan L. Bobbitt_____